**Order entered September 21, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00704-CR

## JEROME JOHNSON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F01-53637-JH**

## ORDER

Before the Court is appellant's September 17, 2021 first motion for an extension of time to file his brief. Although the court reporter verified that no reporter's record was taken, the clerk's record has not yet been filed. Appellant's brief is not due until thirty days after the clerk's record is filed.

We **DENY** appellant's motion as premature.

/s/    ERIN A. NOWELL
         JUSTICE